**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Solo Kam Apostello, | ) | No. CV 13-00840-PHX-PGR (JFM) |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Unknown Party, et al., | ) | |
| Defendants. | ) | |

The Court having reviewed the Report and Recommendation of Magistrate Judge Metcalf, recommending that Plaintiff's civil rights complaint be dismissed for failure to prosecute, and no party having filed an objection to the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 17) is accepted and adopted by the Court.

**IT IS FURTHER ORDERED** that the Complaint (Doc. 1) is dismissed without prejudice.

**IT IS FURTHER ORDERED** Defendant's motion to dismiss (Doc. 11) is denied as moot.

**IT IS FURTHER ORDERED** granting Defendant's motion for the Court to adopt the Report and Recommendation (Doc. 19).

DATED this 2nd day of June, 2014.

_____
Paul G. Rosenblatt
United States District Judge